UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 4:20-cv-10249** |
| Plaintiff, | |
| v. | **MOTION FOR APPROVAL OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND OTHER RELIEF** |
| ZYCAL BIOCEUTICALS HEALTHCARE COMPANY, INC., a corporation, and | |
| JAMES J. SCAFFIDI, individually and as an officer of ZYCAL BIOCEUTICALS HEALTHCARE COMPANY, INC., | |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("Commission" or "FTC"), filed its Complaint for Permanent Injunction and Other Equitable Relief ("Complaint"), for a permanent injunction, and other relief in this matter, pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b).  After mediation before U.S. Magistrate Judge Marianne B. Bowler, Defendants ZyCal Bioceuticals Healthcare Company, Inc. and James J. Scaffidi have admitted the facts necessary to establish jurisdiction and have agreed to the Stipulated Order for Permanent Injunction and Other Relief ("Order"), accompanying this motion, in order to resolve the FTC's Complaint allegations against them.

The parties to the attached Order have met and conferred and agree to the filing of this motion.  Accordingly, the Commission requests that the Court grant this motion and approve the accompanying Order.

Respectfully submitted,

ANISHA DASGUPTA
General Counsel

Dated: February 6, 2023

/s/ Mary L. Johnson
Mary Johnson, DC Bar No. 455345
Edwin Rodriguez, DC Bar No. 446457
Sarah Botha, DC Bar No. 490817
Kristin M. Williams, VA Bar No. 71561
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Mailstop CC-6316
Washington, D.C. 20850
202-326-3115, mjohnson1@ftc.gov
202-326-3147, erodriguez@ftc.gov
202-326-2036, sbotha@ftc.gov
202-326-2619, kwilliams2@ftc.gov
202-326-3259 (facsimile)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I served the attached Motion for Approval of Stipulated Order for Permanent Injunction and Other Relief on the following counsel via the CM/ECF System:

> Thomas E. Gilbertsen
> Paul K. Dueffert
> Dueffert Gilbertsen PLLC
> 1518 K Street, N.W.
> Washington, D.C. 20005
> tgilbertsen@dueffertlaw.com
> pdueffert@dueffertlaw.com
>
> Kathy Jo Cook, BBO #63138
> Benjamin H. Duggan, BBO #684981
> Sheff & Cook, LLC
> Ten Tremont Street, 7th Floor
> Boston, MA 02108
> (617) 720-8447
>
> *Attorneys for Defendants ZyCal Bioceuticals Healthcare Company, Inc. and James Scaffidi*

/s/ Mary L. Johnson
Mary L. Johnson

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 3 and 5, 2023, counsel for the FTC and Defendants met and conferred regarding the issues presented in the instant motion and Defendants consented to the filing of this motion.

/s/ Mary L. Johnson
Mary L. Johnson